CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 OCT 14 AM 8:44

DEPUTY CLERK ___

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **BROWNFIELD MOTELS, INC.,** Plaintiff | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:10-CV-00062** |
| | § | |
| **PEERLESS INDEMNITY INSURANCE COMPANY, INSURANCE ONE, INC. AND CHRISTOPHER KOESTER,** Defendants | § | |

**AGREED ORDER OF DISMISSAL**

On this day came on for consideration the parties' Agreed Motion to Dismiss and this Court, having considered said motion, is of the opinion that it should be in all things GRANTED.

It is accordingly ORDERED, ADJUDGED and DECREED that the Agreed Motion to Dismiss with prejudice be and hereby is GRANTED; and it is further

ORDERED, ADJUDGED and DECREED that all claims and causes of action of Plaintiff against Defendants Peerless Indemnity Insurance Company, Insurance One, Inc. and Christopher Koester are hereby dismissed with prejudice; and it is further

ORDERED that Court costs shall be taxed against the party incurring same.

SIGNED this 14th day of October, 2010.

PRESIDING JUDGE

AGREED AND ENTRY REQUESTED:

Bradford L. Moore
PO Box 352
Brownfield, Texas 79316
ATTORNEYS FOR PLAINTIFF

and

Catherine L. Hanna
Eric S. Peabody
Hanna & Plaut, LLP
211 East Seventh Street, Suite 600
Austin, Texas 78701
ATTORNEYS FOR DEFENDANT
PEERLESS INDEMNITY INSURANCE COMPANY

and

Jim Hund
Hund, Krier, Wilkerson & Wright, P.C.
4021 84th Street
P O Box 54390
Lubbock, Texas 79453
ATTORNEY FOR DEFENDANTS
INSURANCE ONE, INC. AND CHRISTOPHER KOESTER